UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT HEALTH FUND; TRUSTEES OF THE BRICKLAYERS LOCAL 1 LABOR MANAGEMENT COOPERATION TRUST FUND; TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE; and THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 1 CONNECTICUT<br><br>Plaintiffs<br><br>v.<br><br>PRIDE CONSTRUCTION, LLC,<br><br>Defendant. | Civil Action No.<br><br>3:20-cv-00748-VAB<br><br>November 17, 2020 |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between said parties that this case may be dismissed under Fed. R. Civ. P. 41(a)(1)(ii) with prejudice and without costs to either party. It is further stipulated and agreed that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this stipulation.

WHEREFORE, the parties hereto pray that the Court will enter an order dismissing the case with prejudice.

THE PLAINTIFFS,

By: /s/ Alexander S. Lovejoy

Alexander S. Lovejoy (ct30511)
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
Tele. # (860) 290-9610
Email: alovejoy@cheverielaw.com

THE DEFENDANT

BY: /s/ Stephen R. Bellis
Stephen R. Bellis (ct06344)
The Pellegrino Law Firm, P.C.
475 Whitney Avenue
New Haven, CT  06511
Telephone: (203) 787-2225
Federal Bar #: CT06344
srb@pellegrinolawfirm.com

## C E R T I F I C A T I O N

I hereby certify that, on November 17, 2020, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Alexander S. Lovejoy

Alexander S. Lovejoy (ct30511)
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
Tele. # (860) 290-9610
Email: alovejoy@cheverielaw.com

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719